UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2022 MAY 25 PM 4:13
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-90-CEM-LHP
21 U.S.C. § 846
18 U.S.C. § 924(c)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)

BRIAN ALEXIS PAGAN DIAZ
a/k/a "Menor"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but not later than on or around February 14, 2022, and continuing through on or about March 31, 2022, in the Middle District of Florida, the defendant,

BRIAN ALEXIS PAGAN DIAZ,
a/k/a "Menor,"

did knowingly and willfully conspire with other persons, both known and unknown to the Grand Jury, to distribute a controlled substance. The violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(b)(1)(B).

### COUNT TWO

Beginning on an unknown date, but not later than on or about February 14, 2022, and continuing through on or about March 31, 2022, in the Middle District of

Florida, the defendant,

BRIAN ALEXIS PAGAN DIAZ,
a/k/a "Menor,"

did knowingly possess firearms in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, conspiracy to distribute a controlled substance as charged in Count One of this Indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

### COUNT THREE

On or about February 15, 2022, in the Middle District of Florida, the defendant,

BRIAN ALEXIS PAGAN DIAZ,
a/k/a "Menor,"

did knowingly and intentionally distribute a controlled substance. The violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

### COUNT FOUR

On or about March 10, 2022, in the Middle District of Florida, the defendant,

BRIAN ALEXIS PAGAN DIAZ,
a/k/a "Menor,"

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

On or about March 10, 2022, in the Middle District of Florida, the defendant,

**BRIAN ALEXIS PAGAN DIAZ,**
a/k/a "Menor,"

knowing he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

> Delivery of a Controlled Substance; Delivery, Possession with Intent to Deliver/Manufacture of Drug Paraphernalia, and Possession of Cocaine, on or about April 29, 2020,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock pistol and a Palmetto State Armory pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT SIX

On or about March 24, 2022, in the Middle District of Florida, the defendant,

**BRIAN ALEXIS PAGAN DIAZ,**
a/k/a "Menor,"

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

On or about March 24, 2022, in the Middle District of Florida, the defendant,

BRIAN ALEXIS PAGAN DIAZ,
a/k/a "Menor,"

knowing he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

> Delivery of a Controlled Substance; Delivery, Possession with Intent to Deliver/Manufacture of Drug Paraphernalia, and Possession of Cocaine, on or about April 29, 2020,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock pistol and a Palmetto State Armory pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT EIGHT

On or about March 31, 2022, in the Middle District of Florida, the defendant,

BRIAN ALEXIS PAGAN DIAZ,
a/k/a "Menor,"

did knowingly and intentionally distribute a controlled substance. The violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

## COUNT NINE

On or about March 31, 2022, in the Middle District of Florida, the defendant,

BRIAN ALEXIS PAGAN DIAZ,
a/k/a "Menor,"

knowing he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

> Delivery of a Controlled Substance; Delivery, Possession with Intent to Deliver/Manufacture of Drug Paraphernalia, and Possession of Cocaine, on or about April 29, 2020,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock pistol and a Palmetto State Armory pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Counts One through Nine are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 18 U.S.C. §§ 922(g) and /or 924(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. If any of the property described above, as a result of any acts or omissions of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Beatriz Gonzalez
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
May 22

No.

## UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

BRIAN ALEXIS PAGAN DIAZ
a/k/a "Menor"

## INDICTMENT

Violations:  21 U.S.C. § 846
18 U.S.C. § 924(c)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 25th day of May, 2022.

_____
Clerk

Bail $_____